In the Matter of the Discovery of the Assets of the Estate of ORIN AKIN, Late

of Rensselaer County, Deceased.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.